**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

JONATHAN A. LEACH,

                Petitioner,    :               Case No. 2:25-cv-00146

       - vs -                    District Judge Michael H. Watson
                                  Magistrate Judge Michael R. Merz

WARDEN, Southeastern
  Correctional Institution,

                                  :
            Respondent.

---

## DECISION AND ORDER REGARDING THE REQUEST TO SEAL PARTS OF THE RECORD

---

This habeas corpus case is before the Court to consider whether to keep in place the sealing entered temporarily as to PageID 75 of the Petition and the transcript of the *in camera* hearing on Petitioner's motion *in limine* in the Common Pleas Court.  At the Court's direction, Respondent has filed a Memorandum (ECF No. 19) supporting the sealing.

Having reviewed the Memorandum and noting that Petitioner did not oppose the motion to seal, the Court has applied the standard set by *Shane Group., Inc., v. Blue Cross Blue Shield of Michigan,* 825 F.3d 299, 306 (6th Cir. 2016)(Kethledge, J.), and concludes these two items are properly held under seal.

February 11, 2026.

                                        s/ *Michael R. Merz*
                                  United States Magistrate Judge