UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jonathan A. Leach,

    Petitioner,

    v.

Warden Southeastern Correctional
Institution,

    Respondent.

Case No. 2:25-cv-146

Judge Michael H. Watson

Magistrate Judge Merz

## ORDER

    There is no permissible mechanism for Jonathan A. Leach ("Petitioner") to object to the Court's Opinion and Order dismissing his habeas petition. Accordingly, the objections, ECF No. 29, are **OVERRULED**. Petitioner may, of course, seek a certificate of appealability from the United States Court of Appeals for the Sixth Circuit, pursuant to Federal Rule of Appellate Procedure 22(b). Moreover, the Court cannot appoint pro bono counsel for Petitioner, but he is free to search for, and obtain, his own pro bono or paid counsel.

    **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT